# Third District Court of Appeal

## State of Florida

Opinion filed April 26, 2017.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D16-2863
Lower Tribunal No. 92-27566A

————————————

**Raymond Smith,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Raymond Smith, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SUAREZ, C.J., and ROTHENBERG and EMAS

PER CURIAM.

Affirmed. We treat this appeal as an appeal from the denial of a writ of habeas corpus and affirm the trial court's denial.